■ ROBERT B. DELLECESE, Respondent, v BANK OF UTICA, Appellant. [595 NYS2d 342] —Judgment unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Grow, J. (Appeal from Judgment of Supreme Court, Oneida County, Grow, J.—Brokerage Fees.) Present—Callahan, J. P., Pine, Lawton, Boomer and Davis, JJ.